# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO (DAYTON)

| | |
|---|---|
| AUSTIN KNIGHT,<br>　　　Plaintiff, | CASE NO. 3:19-cv-00175-TMR |
| vs. | JUDGE Thomas M. Rose |
| TRANS UNION, LLC and<br>VW CREDIT, INC.<br>　　　Defendants. | |

## ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT TRANS UNION, LLC ONLY

Plaintiff Austin Knight, by counsel, and Defendant Trans Union, LLC, by counsel, having filed their Stipulation Of Dismissal With Prejudice Between Plaintiff And Defendant Trans Union, LLC (Doc. 11), the Court, having been duly advised, NOW FINDS that the same should be granted.

IT IS, THEREFORE, ORDERED that all claims of Plaintiff Austin Knight against Defendant Trans Union, LLC are dismissed, with prejudice. Plaintiff Austin Knight and Defendant Trans Union, LLC shall each bear their own costs and attorneys' fees.

**DONE** and **ORDERED** in Dayton, Ohio, this Friday, October 11, 2019.

s/Thomas M. Rose

THOMAS M. ROSE
UNITED STATES DISTRICT JUDGE

DISTRIBUTION TO:

| Richard P. Gabelman, Esq.<br>gabelmanrich@hotmail.com | Laura K. Rang, Esq.<br>lrang@schuckitlaw.com |
|---|---|