# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| Austin Knight | ) | Case No.: 3:19-cv-175 |
| --- | --- | --- |
| Plaintiff, | ) ) ) ) | Judge Thomas Rose |
| v. | ) ) | **ORDER OF DISMISSAL: TERMINATION ENTRY** |
| VW Credit Inc. | ) ) ) | |
| Defendants. | ) ) | |

The Court having been advised by counsel for the parties that the above matter has been settled, IT IS ORDERED that this action is hereby DISMISSED, with prejudice as to the parties, provided that any of the parties may, upon good cause shown within 30 days, reopen the action if settlement is not consummated.

Parties may submit a substitute Judgment Entry once settlement is consummated. Parties intending to preserve this Court's jurisdiction to enforce the settlement should be aware of *Kokkonen v. Guardian Life Ins. Co. of America,* 114 S.Ct. 1673 (1994), and incorporate appropriate language in any substituted judgment entry.

IT IS SO ORDERED.

February 4, 2020                                                      *s/Thomas M. Rose

                                                                            _____
                                                                            Honorable Thomas M. Rose
                                                                            United States District Judge